UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SYLVIA CAREY                                    CIVIL ACTION

VERSUS                                          NO. 11-2215

AMERICAN SECURITY                               JUDGE CARL BARBIER
INSURANCE COMPANY

                                                MAGISTRATE ALMA
                                                CHASEZ

**<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

NOW COMES American Security Insurance Company, and respectfully moves for judgment on the pleadings, under the *Federal Rules of Civil Procedure*, Rule 12(c) to dismiss the plaintiff's property-damage insurance claim.

Plaintiff Sylvia Carey filed this lawsuit on July 29, 2011, to recover insurance policy benefits for property damage allegedly sustained in Hurricane Katrina, and penalties and attorney's fees for bad faith.  Respectfully, plaintiff has failed to state a claim for which relief can be granted, because her claim is prescribed on its face.

Accordingly, American Security respectfully requests that this Honorable Court render judgment on the pleadings, dismissing plaintiff's complaint, with prejudice.

Respectfully submitted,


s/Gordon P. Serou, Jr.
GORDON P. SEROU, JR. (No. 14432)
SHANNON COWIE (No. 33788)
Law Offices of Gordon P. Serou, Jr., L.L.C.
gps@seroulaw.com
Poydras Center, Suite 1420
650 Poydras Street
New Orleans, Louisiana 70130
Telephone No.:  504-299-3421
Facsimile No.: 504-299-3496

**Attorneys for American Security
Insurance Company**

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of February, 2012 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.


s/Gordon P. Serou, Jr.
GORDON P. SEROU, JR.