UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SYLVIA CAREY | CIVIL ACTION |
| VERSUS | NO. 11-2215 |
| AMERICAN SECURITY INSURANCE COMPANY | JUDGE CARL BARBIER |
| | MAGISTRATE ALMA CHASEZ |

## NOTICE OF HEARING

Please take notice that American Security Insurance Company will bring its Motion for Judgment on the Pleadings on for hearing before the Honorable Carl J. Barbier, United States District Judge, on March 14, 2012, at 9:30 a.m., or as soon thereafter as counsel can be heard.

          Respectfully submitted,

          s/Gordon P. Serou, Jr.
          GORDON P. SEROU, JR. (No. 14432)
          SHANNON COWIE (No. 33788)
          Law Offices of Gordon P. Serou, Jr., L.L.C.
          gps@seroulaw.com
          Poydras Center, Suite 1420
          650 Poydras Street
          New Orleans, Louisiana 70130
          Telephone No.:  504-299-3421
          Facsimile No.: 504-299-3496

          **Attorneys for American Security Insurance Company**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 24th day of February, 2012 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

                                                  s/Gordon P. Serou, Jr.
                                                  GORDON P. SEROU, JR.